UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
dcarlon@kmllawgroup.com

Attorneys for M&T BANK

In Re:
Richard S. Herro, Sr.
Yvonne Herro

Debtor(s).

Case No: 24-22686 MBK

Chapter: 13

Judge: Michael B. Kaplan

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of M&T BANK. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

Date: 01/03/2025

/s/ *Denise Carlon*
Denise Carlon
03 Jan 2025, 17:09:05, EST
**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106

FAX: (215) 627-7734
Attorney for Creditor

*new 8/1/15*

Document ID: 2d64e9240fe853838dcac12b0cb8f25806fade02ee097ef55d19493bd834fb89