| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on January 29, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | |
| In Re:<br><br>Richard S. Herro, Sr.<br>Yvonne Herro<br><br>                Debtors | Case No.: 24-22686<br><br>Chapter: 13<br><br>Hearing Date: January 29, 2025 @ 9am<br><br>Judge: MBK |

## ORDER GRANTING
## MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED.**

**DATED: January 29, 2025**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**The Court** having received the Movant's Motion to Extend the Automatic Stay and any related responses or objections thereto, and for good cause shown, it is hereby

**ORDERED** as follows:

1. The automatic stay under §362(a) is hereby extended through the duration of this case as to all unsecured creditors, as well as the following secured creditors:

    a. **M&T Bank (1st mortgage on 2348 Orchard Crest Blvd, Manasquan, NJ);**

    b. **Specialized Loan Servicing, LLC (2nd mortgage on 2348 Orchard Crest Blvd, Manasquan, NJ);**

    c. **Township of Wall Utilities;**

    d. **Consumer Portfolio Services, Inc. (2019 Honda CR-V);**

    e. **Lincoln Automotive Finance (2017 Ford Escape);**

    f. **Internal Revenue Service; and**

    g. **State of New Jersey.**