| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MEB Loan Trust II* | |
| In re:<br><br>Richard S. Herro, Sr.<br>Yvonne Herro<br>                              Debtors. | Chapter: 13<br><br>Case No.:  24-22686-MBK<br><br>Judge Michael B. Kaplan |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Creditor, NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MEB Loan Trust II, a creditor in the above styled proceeding, requests that all matters which must be noticed pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, regarding the following property and loan be sent to the undersigned:

Property: **2348 Orchard Crest Blvd., Manasquan, New Jersey 08736**

Loan Number: **xxxxxx6737**

Pursuant to FRBP 2002(g), the undersigned requests that the following address be added to the Court's Master Mailing List:

Stewart Legal Group, P.L.<br>
Gavin N. Stewart<br>
401 East Jackson Street, Suite 2340

Tampa, FL 33602
Phone: 813-371-1231
Fax: 813-371-1232
gavin@stewartlegalgroup.com

Dated: January 30, 2025

By: <u>*/s/Gavin N. Stewart*</u>
Gavin N. Stewart, Esq.