| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** | Order Filed on January 29, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>courtdocs@oliverandlegg.com | |
| In Re:<br><br>Richard S. Herro, Sr.<br>Yvonne Herro<br><br>      Debtors | Case No.: 24-22686<br><br>Chapter: 13<br><br>Hearing Date: January 29, 2025 @ 9am<br><br>Judge: MBK |

## ORDER GRANTING
## MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following pages numbered two (2) is hereby **ORDERED.**

**DATED: January 29, 2025**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**The Court** having received the Movant's Motion to Extend the Automatic Stay and any related responses or objections thereto, and for good cause shown, it is hereby

**ORDERED** as follows:

1. The automatic stay under §362(a) is hereby extended through the duration of this case as to all unsecured creditors, as well as the following secured creditors:

    a. **M&T Bank (1st mortgage on 2348 Orchard Crest Blvd, Manasquan, NJ);**

    b. **Specialized Loan Servicing, LLC (2nd mortgage on 2348 Orchard Crest Blvd, Manasquan, NJ);**

    c. **Township of Wall Utilities;**

    d. **Consumer Portfolio Services, Inc. (2019 Honda CR-V);**

    e. **Lincoln Automotive Finance (2017 Ford Escape);**

    f. **Internal Revenue Service; and**

    g. **State of New Jersey.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 24-22686-MBK
Richard S. Herro, Sr.  Chapter 13
Yvonne Herro
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: Jan 29, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard S. Herro, Sr., Yvonne Herro, 2348 Orchard Crest Blvd, Manasquan, NJ 08736-4001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Loss Mitigation M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Robert Cameron Legg | on behalf of Joint Debtor Yvonne Herro courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Debtor Richard S. Herro  Sr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jan 29, 2025 | Form ID: pdf903 | Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6