| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for NewRez LLC d/b/a Shellpoint<br>Mortgage Servicing as servicer for MEB Loan<br>Trust II* | Order Filed on March 12, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Richard S. Herro, Sr.<br>Yvonne Herro<br>                                              Debtors. | Chapter: 13<br><br>Case No.: 24-22686-MBK<br><br>Hearing Date: March 12, 2025<br><br>Judge Michael B. Kaplan |

**CONSENT ORDER RESOLVING
OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: March 12, 2025**

*Honorable Michael B. Kaplan*
*United States Bankruptcy Judge*

| | |
|---|---|
| Debtors: | Richard S. Herro, Sr. & Yvonne Herro |
| Case No.: | 24-22686-MBK |
| Caption of Order: | **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN** |

**THIS MATTER** having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MEB Loan Trust II ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby **ORDERED**:

1. Creditor holds the note and mortgage on the property located at 2348 Orchard Crest Blvd., Manasquan, New Jersey 08736.

2. The Debtor shall obtain a loan modification pursuant to the procedures set forth in the *Loss Mitigation Program and Procedures* ("LMP") by April 21, 2025.

3. During the LMP process, the Debtor shall make adequate protection payments in the amount of $2,469.77 directly to Creditor, in accordance with the Trial Period Plan dated December 2, 2024.

4. If the loan modification review results in a denial or disengagement, the Debtor shall have fifteen (15) days from the date of denial or disengagement to file a modified plan curing the arrearage due.

5. No provision of this Order is intended to prevent either party from filing *Application for Extension or Early Termination of the Loss Mitigation Period* in accordance with Section IX.B of the LMP.

6. This Order resolves the Creditor's Objection to Confirmation of Plan.

**STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Robert Cameron Legg* | */s/Gavin N. Stewart* |
| Robert Cameron Legg, Esq. | Gavin N. Stewart, Esq. |
| Oliver & Legg | Stewart Legal Group, P.L. |
| 2240 Highway 33, Suite 112 | 401 East Jackson Street, Suite 2340 |
| Neptune, NJ 07753 | Tampa, FL 33602 |
| *Counsel for Debtor* | *Counsel for Creditor* |
| *Counsel to Debtor* | *Counsel to Creditor* |