Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.:  24−22686−MBK
                          Chapter:  13
                          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Richard S. Herro Sr.                                  Yvonne Herro
   2348 Orchard Crest Blvd                         2348 Orchard Crest Blvd
   Manasquan, NJ 08736                            Manasquan, NJ 08736

Social Security No.:
   xxx−xx−3000                                            xxx−xx−5394

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 8, 2025.

Dated: April 8, 2025
JAN: wiq

                                                                 Jeanne Naughton
                                                                  Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 24-22686-MBK

Richard S. Herro, Sr.   Chapter 13

Yvonne Herro

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 6
Date Rcvd: Apr 08, 2025      Form ID: plncf13      Total Noticed: 127

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard S. Herro, Sr., Yvonne Herro, 2348 Orchard Crest Blvd, Manasquan, NJ 08736-4001 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 340514, Tampa, FL 33694-0514 |
| 520496625 | | Atlantic Radiologists Professional Assoc, PO Box 1262, Indianapolis, IN 46206-1262 |
| 520496629 | + | Bank of America, c/o Law Offices of Frederic & Associates, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 520496657 | ++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132 address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 520496636 | + | Capital One, c/o Keith Esposito, Esq., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 520496644 | + | Cavalry Portfolio Services, c/o Patrick Nemes, Esq., 3705 Quakerbridge Road, Suite 116, Trenton, NJ 08619-1288 |
| 520496665 | | Hackensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 520496664 | + | Hackensack University Medical Group, c/o CTech Collections, PO Box 402, Mount Sinai, NY 11766-0402 |
| 520496666 | | Hacksensack Meridian Health, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 520496668 | | Hacksensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 520496670 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 520496671 | + | Higher Education Student Assistance Auth, c/o Solomon & Solomon, PC, One Columbia Circle, Albany, NY 12203-6383 |
| 520496674 | | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 520496676 | + | Kessler Professional Services, PO Box 827832, Philadelphia, PA 19182-7832 |
| 520496678 | + | Laboratory Corp of America, c/o Radius Global Solutions, LLC, PO Box 1259, Dept 120957, Oaks, PA 19456-1259 |
| 520496685 | | Meridian Laboratory Physicians PA, PO Box 60280, North Charleston, SC 29419-0280 |
| 520496686 | + | Merrill Lynch Accounts Rece., PO Box 1501, Pennington, NJ 08534-0671 |
| 520496687 | + | Mid-Atlantic Surgical Associates, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 520496690 | + | Monmouth Ocean Neurology, PC, 1944 Corlies Avenue, Suite 206, Neptune, NJ 07753-5197 |
| 520496694 | | NJ Ezpass, c/o PAM, LLC, PO Box 1642, Milwaukee, WI 53201-1642 |
| 520496698 | | Pendrick Capital Partners II, LLC, c/o Phoenix Financial Services, PO Box 361450, Indianapolis, IN 46236-1450 |
| 520497456 | + | Richard Herro, 2348 Orchard Crest Blvd, Manasquan, NJ 08736-4001 |
| 520496701 | + | Sea Girt Physical Medicine, 240 Parker Avenue, Manasquan, NJ 08736-2804 |
| 520496705 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520496706 | | State of New York Dept of Taxation, c/o Performant Recovery, Inc., PO Box 90056, Pleasanton, CA 94566 |
| 520496714 | + | Township of Wall Utilities, 2700 Allaire Road, Belmar, NJ 07719-9570 |
| 520496717 | | University Radiology Group PC, PO Box 10175, East Brunswick, NJ 08816-1075 |
| 520496716 | + | University Radiology Group PC, Attn: RoyalPay, Inc. Box #36, 333 Westchester Avenue, Suite E2204, West Harrison, NY 10604-2910 |
| 520496724 | + | Wells Fargo Bank, N.A., Attn: Bankruptcy Dept., MAC# T7416-023, 4101 Wiseman Blvd., San Antonio, TX 78251-4200 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2025 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Apr 08 2025 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: camanagement@mtb.com | | |
| | | | Apr 08 2025 21:26:00 | M&T BANK, PO Box 844, Buffalo, NY 14240 |
| lm | ^ | MEBN | | |
| | | | Apr 08 2025 21:20:50 | SPECIALIZED LOAN SERVICING LLC, PO Box 636007, Littleton, CO 80163-6007 |
| 520548687 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Apr 08 2025 21:24:06 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520496622 | | Email/Text: bnc@alltran.com | | |
| | | | Apr 08 2025 21:26:00 | American Honda Finance Corp., c/o Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 520496623 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Apr 08 2025 21:35:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520496624 | + | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Apr 08 2025 21:35:17 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520505720 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 08 2025 21:35:17 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520496627 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 08 2025 21:25:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 520496628 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 08 2025 21:25:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520496630 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 08 2025 21:25:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520496626 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 08 2025 21:25:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 520507963 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Apr 08 2025 21:25:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 520496633 | | Email/Text: data_processing@fin-rec.com | | |
| | | | Apr 08 2025 21:26:00 | Barclays Bank Delaware, c/o Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 520496631 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Apr 08 2025 21:26:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520496632 | + | Email/Text: BarclaysBankDelaware@tsico.com | | |
| | | | Apr 08 2025 21:26:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520496654 | | Email/Text: cfcbackoffice@contfinco.com | | |
| | | | Apr 08 2025 21:26:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 520496655 | | Email/Text: cfcbackoffice@contfinco.com | | |
| | | | Apr 08 2025 21:26:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 520496634 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 08 2025 21:35:23 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520496638 | ^ | MEBN | | |
| | | | Apr 08 2025 21:20:43 | Capital One, c/o Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 520496635 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 08 2025 21:46:14 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 520496637 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 08 2025 21:24:05 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520505433 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Apr 08 2025 21:35:34 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520496641 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Apr 08 2025 21:35:03 | Capital One/Costco, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 520496640 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

Case 24-22686-MBK    Doc 44    Filed 04/10/25    Entered 04/11/25 00:12:03    Desc Imaged
Certificate of Notice    Page 4 of 7

| District/off: 0312-3 | User: admin | Page 3 of 6 |
| --- | --- | --- |
| Date Rcvd: Apr 08, 2025 | Form ID: plncf13 | Total Noticed: 127 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Apr 08 2025 21:45:54 | Capital One/Costco, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520496643 | + | Email/Text: bankruptcy@cavps.com | Apr 08 2025 21:27:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 520496642 | + | Email/Text: bankruptcy@cavps.com | Apr 08 2025 21:27:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 520496647 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2025 21:35:28 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520496648 | + | Email/Text: mediamanagers@clientservices.com | Apr 08 2025 21:25:00 | Chase Card Services, c/o Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-4047 |
| 520496646 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2025 21:45:51 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520496645 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2025 21:45:52 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 520496649 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2025 21:35:17 | Chase Prime, PO Box 1423, Charlotte, NC 28201-1423 |
| 520496651 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2025 21:35:26 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520496650 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 08 2025 21:35:09 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 520496653 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 08 2025 21:26:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 520496652 | + | Email/Text: bankruptcy@consumerportfolio.com | Apr 08 2025 21:26:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 520496656 | + | Email/Text: bncnotifications@pheaa.org | Apr 08 2025 21:26:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 520496659 | + | Email/Text: BKPT@cfna.com | Apr 08 2025 21:25:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 520496658 | + | Email/Text: BKPT@cfna.com | Apr 08 2025 21:25:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 520496660 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2025 21:24:38 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520496661 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2025 21:24:35 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520496663 | | Email/Text: mrdiscen@discover.com | Apr 08 2025 21:25:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 520496662 | + | Email/Text: mrdiscen@discover.com | Apr 08 2025 21:25:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520503913 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2025 21:24:09 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520508267 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 08 2025 21:24:09 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520573905 | + | Email/Text: bankruptcyreports@wakeassoc.com | Apr 08 2025 21:27:00 | HMH-JFK JOHNSON REHAB INSTITUTE, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 520496667 | + | Email/Text: bankruptcy@ctech-collects.com | Apr 08 2025 21:26:00 | Hacksensack University Medical Group, c/o C Tech Collections, Inc., PO Box 402, Mount Sinai, NY 11766-0402 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520496669 | ^ | MEBN | Apr 08 2025 21:21:22 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 520496672 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 08 2025 21:26:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520496673 | | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 08 2025 21:26:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 520554773 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 08 2025 21:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520496675 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Apr 08 2025 21:25:00 | JFK Medical Center, c/o Wakefield, PO Box 50250, Knoxville, TN 37950-0250 |
| 520508975 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Apr 08 2025 21:26:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520496677 | ^ | MEBN | Apr 08 2025 21:19:03 | Kessler Professional Services, c/o Bureau of Account Management, 3607 Rosemount Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 520505763 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 08 2025 21:35:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520496679 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 08 2025 21:27:00 | Laboratory Corp of America, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520496681 | + | Email/Text: EBNBKNOT@ford.com | Apr 08 2025 21:27:00 | Lincoln Automotive Fin, Pob 542000, Omaha, NE 68154-8000 |
| 520496680 | + | Email/Text: EBNBKNOT@ford.com | Apr 08 2025 21:27:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 520496682 | | Email/Text: camanagement@mtb.com | Apr 08 2025 21:26:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520496683 | | Email/Text: camanagement@mtb.com | Apr 08 2025 21:26:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 520562414 | | Email/Text: camanagement@mtb.com | Apr 08 2025 21:26:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520496684 | ^ | MEBN | Apr 08 2025 21:20:16 | M&T Bank, c/o KML Law Group, Pc, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520568577 | | Email/Text: mtgbk@shellpointmtg.com | Apr 08 2025 21:26:00 | MEB Loan Trust II, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520496688 | | Email/Text: ml-ebn@missionlane.com | Apr 08 2025 21:25:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520496689 | | Email/Text: ml-ebn@missionlane.com | Apr 08 2025 21:25:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520496695 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 08 2025 21:25:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 520568990 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 08 2025 21:25:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520496692 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 08 2025 21:27:00 | New Jersey Ezpass, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520496693 | + | Email/Text: BankruptcyNotices@njresources.com | Apr 08 2025 21:26:00 | New Jersey Natural Gas, 1415 Wycoff Road, PO Box 1378, Belmar, NJ 07719-1378 |
| 520501126 | | Email/Text: mtgbk@shellpointmtg.com | Apr 08 2025 21:26:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520496697 | | Email/Text: Harris@ebn.phinsolutions.com | Apr 08 2025 21:27:00 | PA Turnpike Toll by Plate, c/o Harris & Harris, Ltd., 111 West Jackson Blvd, Suite 400, Chicago, |

Case 24-22686-MBK    Doc 44    Filed 04/10/25    Entered 04/11/25 00:12:03    Desc Imaged
                                Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: plncf13 | Total Noticed: 127 |

| | | | |
|---|---|---|---|
| | | | IL 60604-4135 |
| 520496696 | ^ MEBN | Apr 08 2025 21:20:38 | PA Turnpike Toll by Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 520511671 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2025 21:24:38 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 520511647 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2025 21:24:38 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 520507113 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2025 21:24:09 | Portfolio Recovery Associates, LLC, c/o JET BLUE, POB 41067, Norfolk, VA 23541 |
| 520498542 | Email/Text: bnc-quantum@quantum3group.com | Apr 08 2025 21:26:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520496699 | Email/Text: BankruptcyMail@questdiagnostics.com | Apr 08 2025 21:27:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 520496700 | + Email/Text: Bankruptcy@arstrat.com | Apr 08 2025 21:26:00 | Quest Diagnostics, c/o AR Start, 14141 Southwest Fwy, Suite 300, Sugar Land, TX 77478-4630 |
| 520496702 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 08 2025 21:26:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 520496703 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 08 2025 21:26:00 | Specialized Loan Servicing LLC, Po Box 630147, Littleton, CO 80163-0147 |
| 520496704 | + Email/Text: BankruptcyECFMail@mccalla.com | Apr 08 2025 21:26:00 | Specialized Loan Servicing LLC, c/o McCalla, Raymer, Leibert, Pierce, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| 520496708 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 08 2025 21:35:16 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 520496707 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 08 2025 21:46:17 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520496709 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 08 2025 21:35:05 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520496710 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 08 2025 21:24:33 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 520496711 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2025 21:35:27 | Synchrony Bank/Old Navy, c/o Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 520496712 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 08 2025 21:35:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520496713 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 08 2025 21:35:32 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 520496718 | ^ MEBN | Apr 08 2025 21:19:39 | University Radiology Group PC, PO Box 999, Yorktown Heights, NY 10598-0999 |
| 520496715 | Email/Text: ebn@americollect.com | Apr 08 2025 21:26:00 | University Radiology Group PC, c/o Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 520496720 | + Email/Text: LCI@upstart.com | Apr 08 2025 21:26:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 520496719 | + Email/Text: LCI@upstart.com | Apr 08 2025 21:26:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 520505157 | ^ MEBN | Apr 08 2025 21:20:12 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520496721 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 08 2025 21:25:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

Case 24-22686-MBK    Doc 44    Filed 04/10/25    Entered 04/11/25 00:12:03    Desc Imaged
Certificate of Notice    Page 7 of 7

| District/off: 0312-3 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Apr 08, 2025 | Form ID: plncf13 | Total Noticed: 127 |

| 520496722 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
|---|---|---|---|
| | | Apr 08 2025 21:25:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 520496723 | + Email/Text: ClericalSupport@tenagliahunt.com | | |
| | | Apr 08 2025 21:26:00 | Wells Fargo Bank, N.A., c/o Tenaglia & Hunt, PA, 395 West Passaoc Street, Suite 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 97

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520496639 | *+ | Capital One, c/o Hayt, Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 520496691 | ##+ | Neuropsychology and Counseling Assoc., 1683 Route 88, Suite A, Brick, NJ 08724-3072 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Loss Mitigation M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Robert Cameron Legg | on behalf of Joint Debtor Yvonne Herro courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Debtor Richard S. Herro  Sr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7