| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1** | |
| R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorneys for Debtor<br>courtdocs@oliverandlegg.com | |
| In Re:<br><br>Richard S. Herro, Sr.<br>Yvonne Herro<br><br>                              Debtor | Case No.: 24-22686<br><br>Chapter: 13<br><br>Hearing Date: May 14, 2025 @ 2pm<br><br>Judge:  MBK |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

   The relief set forth on the following page is **ORDERED.**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $4,000.00 for services rendered. The allowance is payable through the Chapter 13 Plan as an administrative priority.

The Debtor's monthly plan is to remain at the confirmed payment of $3,956.00 per month, beginning May 1, 2025, for the remaining fifty-six (56) months as per the confirming order issued April 8, 2025.