| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>R. Cameron Legg, Esq.<br>OLIVER & LEGG, LLC<br>2240 Highway 33, Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor<br>courtdocs@oliverandlegg.com | |
|---|---|
| In Re:<br><br>Richard S. Herro, Sr.<br>Yvonne Herro<br><br><div align="right">Debtors</div> | Case No.: 24-22686<br><br>Chapter: 13<br><br>Hearing Date: May 14, 2025 @ 2pm<br><br>Judge: MBK |

## CERTIFICATION OF SERVICE

1. I, R. Cameron Legg, represent the Debtor in this matter.

2. On April 11, 2025 I sent a copy of the Chapter 13 Debtor's Attorney Fee Application Cover Sheet, Certification of Debtor's Counsel Supporting Supplemental Chapter 13 Fee, and a proposed Order to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Esq.<br>3 AAA Drive, Suite 203<br>Robbinsville, NJ 08691 | Trustee | CM/ECF |
| Richard and Yvonne Herro<br>2348 Orchard Crest Blvd<br>Manasquan, NJ 08736 | Debtor | Regular Mail |

Dated: April 11, 2025                                                  */s/ Cameron Legg*
                                                                               R. Cameron Legg