UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton,  NJ    08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Richard S. Herro, Sr.
Yvonne Herro

Case No.: 24-22686 / MBK

Judge: Michael B. Kaplan

Debtor(s)

Chapter: 13

## CERTIFICATION OF SERVICE

1. I, Debbie Smith, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 8/6/2025, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated:  8/6/2025                                          /s/  Debbie Smith

                                                                    Debbie Smith

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
| --- | --- | --- |
| Richard S. Herro, Sr.<br>Yvonne Herro<br>2348 Orchard Crest Blvd<br>Manasquan, NJ   08736 | Debtor(s) | Regular Mail |
| Robert Cameron Legg, Esq.<br>Oliver & Legg LLC<br>2240 Highway 33<br>Suite 112<br>Neptune,  NJ   07753 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |