Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−22686−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Richard S. Herro Sr.                             Yvonne Herro
   2348 Orchard Crest Blvd                          2348 Orchard Crest Blvd
   Manasquan, NJ 08736                              Manasquan, NJ 08736

Social Security No.:
   xxx−xx−3000                                      xxx−xx−5394

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/17/25 at 09:00 AM

to consider and act upon the following:

*60* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 8/20/2025. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 8/18/25

                                                    Jeanne Naughton
                                                    Clerk, U.S. Bankruptcy Court