Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−22686−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard S. Herro Sr.
2348 Orchard Crest Blvd
Manasquan, NJ 08736

Yvonne Herro
2348 Orchard Crest Blvd
Manasquan, NJ 08736

Social Security No.:
xxx−xx−3000

xxx−xx−5394

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 29, 2025.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 29, 2025
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-22686-MBK |
| Richard S. Herro, Sr. | Chapter 13 |
| Yvonne Herro | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 7 |
| Date Rcvd: Oct 29, 2025 | Form ID: 148 | Total Noticed: 129 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard S. Herro, Sr., Yvonne Herro, 2348 Orchard Crest Blvd, Manasquan, NJ 08736-4001 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, PO Box 340514, Tampa, FL 33694-0514 |
| 520496625 | | Atlantic Radiologists Professional Assoc, PO Box 1262, Indianapolis, IN 46206-1262 |
| 520496629 | + | Bank of America, c/o Law Offices of Frederic & Associates, 1200 Laurel Oak Road, Suite 104, Voorhees, NJ 08043-4317 |
| 520496657 | ++ | CORNERSTONE EDUCATION LOAN SERVICES, PO BOX 145132, SALT LAKE CITY UT 84114-5132 address filed with court:, Cornerstone/American Education Services, Pob Box 145122, Salt Lake City, UT 84114 |
| 520496636 | + | Capital One, c/o Keith Esposito, Esq., 136 Gaither Drive, Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 520496644 | + | Cavalry Portfolio Services, c/o Patrick Nemes, Esq., 3705 Quakerbridge Road, Suite 116, Trenton, NJ 08619-1288 |
| 520496664 | + | Hackensack University Medical Group, c/o CTech Collections, PO Box 402, Mount Sinai, NY 11766-0402 |
| 520496670 | + | Higher Education Student Assistance Auth, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 520496671 | + | Higher Education Student Assistance Auth, c/o Solomon & Solomon, PC, One Columbia Circle, Albany, NY 12203-6383 |
| 520496674 | | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 520496676 | + | Kessler Professional Services, PO Box 827832, Philadelphia, PA 19182-7832 |
| 520496678 | + | Laboratory Corp of America, c/o Radius Global Solutions, LLC, PO Box 1259, Dept 120957, Oaks, PA 19456-1259 |
| 520496685 | | Meridian Laboratory Physicians PA, PO Box 60280, North Charleston, SC 29419-0280 |
| 520496686 | + | Merrill Lynch Accounts Rece., PO Box 1501, Pennington, NJ 08534-0671 |
| 520496687 | + | Mid-Atlantic Surgical Associates, 100 Madison Avenue, Morristown, NJ 07960-6136 |
| 520496690 | + | Monmouth Ocean Neurology, PC, 1944 Corlies Avenue, Suite 206, Neptune, NJ 07753-5197 |
| 520496694 | | NJ Ezpass, c/o PAM, LLC, PO Box 1642, Milwaukee, WI 53201-1642 |
| 520643355 | + | NJCLASS, PO BOX 544, TRENTON, NJ 08625-0544 |
| 520496698 | | Pendrick Capital Partners II, LLC, c/o Phoenix Financial Services, PO Box 361450, Indianapolis, IN 46236-1450 |
| 520496700 | + | Quest Diagnostics, c/o AR Start, 14141 Southwest Fwy, Suite 300, Sugar Land, TX 77478-4630 |
| 520497456 | + | Richard Herro, 2348 Orchard Crest Blvd, Manasquan, NJ 08736-4001 |
| 520496701 | + | Sea Girt Physical Medicine, 240 Parker Avenue, Manasquan, NJ 08736-2804 |
| 520496705 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520496706 | | State of New York Dept of Taxation, c/o Performant Recovery, Inc., PO Box 90056, Pleasanton, CA 94566 |
| 520496714 | + | Township of Wall Utilities, 2700 Allaire Road, Belmar, NJ 07719-9570 |
| 520496717 | | University Radiology Group PC, PO Box 10175, East Brunswick, NJ 08816-1075 |
| 520496716 | + | University Radiology Group PC, Attn: RoyalPay, Inc. Box #36, 333 Westchester Avenue, Suite E2204, West Harrison, NY 10604-2910 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 29 2025 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 29 2025 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

| | | | | |
|---|---|---|---|---|
| lm | | Email/Text: camanagement@mtb.com | Oct 29 2025 20:58:00 | M&T BANK, PO Box 844, Buffalo, NY 14240 |
| lm | ^ | MEBN | Oct 29 2025 20:55:28 | SPECIALIZED LOAN SERVICING LLC, PO Box 636007, Littleton, CO 80163-6007 |
| 520548687 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 29 2025 21:15:54 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520496622 | | EDI: URSI.COM | Oct 30 2025 00:49:00 | American Honda Finance Corp., c/o Alltran Financial, LP, PO Box 722929, Houston, TX 77272-2929 |
| 520496623 | + | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 21:05:37 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520496624 | + | Email/PDF: bncnotices@becket-lee.com | Oct 29 2025 21:16:07 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520505720 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2025 21:04:57 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520496627 | | EDI: BANKAMER | Oct 30 2025 00:49:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 520496628 | + | EDI: BANKAMER | Oct 30 2025 00:49:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520496630 | + | EDI: BANKAMER | Oct 30 2025 00:49:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520496626 | + | EDI: BANKAMER | Oct 30 2025 00:49:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 520507963 | | EDI: BANKAMER | Oct 30 2025 00:49:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 520496633 | | Email/Text: data_processing@fin-rec.com | Oct 29 2025 20:58:00 | Barclays Bank Delaware, c/o Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 520496631 | + | EDI: TSYS2 | Oct 30 2025 00:49:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 520496632 | + | EDI: TSYS2 | Oct 30 2025 00:49:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 520496654 | | Email/Text: cfcbackoffice@contfinco.com | Oct 29 2025 20:58:00 | Continental Finance Co, Attn: Bankruptcy, 4550 Linden Hill Rd, Ste 4, Wilmington, DE 19808 |
| 520496655 | | Email/Text: cfcbackoffice@contfinco.com | Oct 29 2025 20:58:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 520496634 | + | EDI: CAPITALONE.COM | Oct 30 2025 00:49:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520496638 | ^ | MEBN | Oct 29 2025 20:54:36 | Capital One, c/o Hayt, Hayt & Landau, LLC, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 520496635 | + | EDI: CAPITALONE.COM | Oct 30 2025 00:49:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 520496637 | + | EDI: CAPITALONE.COM | Oct 30 2025 00:49:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520505433 | + | EDI: AIS.COM | Oct 30 2025 00:49:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520496641 | + | EDI: CAPITALONE.COM | Oct 30 2025 00:49:00 | Capital One/Costco, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 520496640 | + | EDI: CAPITALONE.COM | Oct 30 2025 00:49:00 | Capital One/Costco, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520496643 | + | Email/Text: bankruptcy@cavps.com | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 520496642 | + | Email/Text: bankruptcy@cavps.com | Oct 29 2025 20:59:00 | Cavalry Portfolio Services, 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| | | | Oct 29 2025 20:59:00 | Cavalry Portfolio Services, 500 Summit Lake, Suite 400, Valhalla, NY 10595-2321 |
| 520496647 | + | EDI: JPMORGANCHASE | Oct 30 2025 00:49:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 520496648 | + | Email/Text: mediamanagers@clientservices.com | Oct 29 2025 20:58:00 | Chase Card Services, c/o Client Services, Inc., 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-4047 |
| 520496646 | + | EDI: JPMORGANCHASE | Oct 30 2025 00:49:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 520496645 | + | EDI: JPMORGANCHASE | Oct 30 2025 00:49:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 520496649 | + | EDI: JPMORGANCHASE | Oct 30 2025 00:49:00 | Chase Prime, PO Box 1423, Charlotte, NC 28201-1423 |
| 520496651 | + | EDI: CITICORP | Oct 30 2025 00:49:00 | Citibank/Sunoco, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 520496650 | + | EDI: CITICORP | Oct 30 2025 00:49:00 | Citibank/Sunoco, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 520496653 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 29 2025 20:58:00 | Consumer Portfolio Services, Inc., 19500 Jamboree Rd, Irvine, CA 92612-2437 |
| 520496652 | + | Email/Text: bankruptcy@consumerportfolio.com | Oct 29 2025 20:58:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 520496656 | + | Email/Text: bncnotifications@pheaa.org | Oct 29 2025 20:58:00 | Cornerstone/American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 520496659 | + | EDI: CRFRSTNA.COM | Oct 30 2025 00:49:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 520496658 | + | EDI: CRFRSTNA.COM | Oct 30 2025 00:49:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 520496660 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2025 21:05:10 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 520496661 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 29 2025 21:04:59 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520496663 | | EDI: DISCOVER | Oct 30 2025 00:49:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 520496662 | + | EDI: DISCOVER | Oct 30 2025 00:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520503913 | + | EDI: AISACG.COM | Oct 30 2025 00:49:00 | Ford Motor Credit Company, LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520508267 | + | EDI: AISACG.COM | Oct 30 2025 00:49:00 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520573905 | + | Email/Text: bankruptcyreports@wakeassoc.com | Oct 29 2025 20:59:00 | HMH-JFK JOHNSON REHAB INSTITUTE, c/o Wakefield & Associates, LLC, Po Box 58, Fort Morgan, CO 80701-0058 |
| 520496665 | ^ | MEBN | Oct 29 2025 20:56:11 | Hackensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 520496666 | ^ | MEBN | Oct 29 2025 20:56:11 | Hacksensack Meridian Health, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| 520496668 | ^ | MEBN | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 520496667 | + | Email/Text: bankruptcy@ctech-collects.com | Oct 29 2025 20:56:11 | Hacksensack University Medical Group, PO Box 95000-4535, Philadelphia, PA 19195-4535 |
| | | | Oct 29 2025 20:58:00 | Hacksensack University Medical Group, c/o C Tech Collections, Inc., PO Box 402, Mount Sinai, NY 11766-0402 |
| 520496669 | ^ | MEBN | Oct 29 2025 20:55:10 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 520496672 | | EDI: IRS.COM | Oct 30 2025 00:49:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520496673 | | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 29 2025 20:58:00 | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 520554773 | | EDI: JEFFERSONCAP.COM | Oct 30 2025 00:49:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520496675 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Oct 29 2025 20:58:00 | JFK Medical Center, c/o Wakefield, PO Box 50250, Knoxville, TN 37950-0250 |
| 520508975 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Oct 29 2025 20:58:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 520677234 | | Email/Text: dlewis@csandw-llp.com | Oct 29 2025 20:58:00 | Jersey Shore University Medical Center, c/o Celentano Stadtmauer and Walentowicz, 1035 Route 46 East, Suite 208, P.O. Box 2594, Clifton, NJ 07015-2594 |
| 520496677 | ^ | MEBN | Oct 29 2025 20:55:55 | Kessler Professional Services, c/o Bureau of Account Management, 3607 Rosemount Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 520505763 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 29 2025 21:05:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520496679 | + | EDI: CCS.COM | Oct 30 2025 00:49:00 | Laboratory Corp of America, c/o Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2609 |
| 520496681 | + | Email/Text: EBNBKNOT@ford.com | Oct 29 2025 20:59:00 | Lincoln Automotive Fin, Pob 542000, Omaha, NE 68154-8000 |
| 520496680 | + | Email/Text: EBNBKNOT@ford.com | Oct 29 2025 20:59:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 520496682 | | Email/Text: camanagement@mtb.com | Oct 29 2025 20:58:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520496683 | | Email/Text: camanagement@mtb.com | Oct 29 2025 20:58:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 520562414 | | Email/Text: camanagement@mtb.com | Oct 29 2025 20:58:00 | M&T BANK, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520496684 | ^ | MEBN | Oct 29 2025 20:55:18 | M&T Bank, c/o KML Law Group, Pc, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520568577 | ^ | MEBN | Oct 29 2025 20:55:50 | MEB Loan Trust II, c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520496688 | | Email/Text: ml-ebn@missionlane.com | Oct 29 2025 20:58:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 520496689 | | Email/Text: ml-ebn@missionlane.com | Oct 29 2025 20:58:00 | Mission Lane LLC, Po Box 105286, Atlanta, GA 30348 |
| 520496695 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 29 2025 20:58:00 | NJ EZPass, PO Box 4971, Trenton, NJ 08650 |
| 520568990 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 29 2025 20:58:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520496692 | + | EDI: CCS.COM | Oct 30 2025 00:49:00 | New Jersey Ezpass, c/o Credit Collection Services, |

Case 24-22686-MBK    Doc 69    Filed 10/31/25    Entered 11/01/25 00:13:43    Desc Imaged
                               Certificate of Notice    Page 6 of 8

| District/off: 0312-3 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: 148 | Total Noticed: 129 |

| | | | | |
|---|---|---|---|---|
| | | | | 725 Canton Street, Norwood, MA 02062-2609 |
| 520496693 | + | Email/Text: BankruptcyNotices@njresources.com | Oct 29 2025 20:58:00 | New Jersey Natural Gas, 1415 Wycoff Road, PO Box 1378, Belmar, NJ 07719-1378 |
| 520501126 | | Email/Text: mtgbk@shellpointmtg.com | Oct 29 2025 20:58:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 520496697 | | EDI: PHINHARRIS | Oct 30 2025 00:49:00 | PA Turnpike Toll by Plate, c/o Harris & Harris, Ltd., 111 West Jackson Blvd, Suite 400, Chicago, IL 60604-4135 |
| 520496696 | ^ | MEBN | Oct 29 2025 20:55:30 | PA Turnpike Toll by Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 520507113 | | EDI: PRA.COM | Oct 30 2025 00:49:00 | Portfolio Recovery Associates, LLC, c/o JET BLUE, POB 41067, Norfolk, VA 23541 |
| 520511671 | | EDI: PRA.COM | Oct 30 2025 00:49:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 520511647 | | EDI: PRA.COM | Oct 30 2025 00:49:00 | Portfolio Recovery Associates, LLC, c/o Sears, POB 41067, Norfolk VA 23541 |
| 520498542 | | EDI: Q3G.COM | Oct 30 2025 00:49:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 520496699 | | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 29 2025 20:59:00 | Quest Diagnostics, PO Box 740985, Cincinnati, OH 45274-0985 |
| 520496702 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 29 2025 20:58:00 | Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO 80163-0147 |
| 520496703 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 29 2025 20:58:00 | Specialized Loan Servicing LLC, Po Box 630147, Littleton, CO 80163-0147 |
| 520496704 | + | Email/Text: BankruptcyECFMail@mccalla.com | Oct 29 2025 20:58:00 | Specialized Loan Servicing LLC, c/o McCalla, Raymer, Leibert, Pierce, 485F US Highway 1 S, Suite 300, Iselin, NJ 08830-3072 |
| 520496708 | + | EDI: SYNC | Oct 30 2025 00:49:00 | Syncb/PPC, Po Box 965005, Orlando, FL 32896-5005 |
| 520496707 | + | EDI: SYNC | Oct 30 2025 00:49:00 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520496709 | + | EDI: SYNC | Oct 30 2025 00:49:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520496710 | + | EDI: SYNC | Oct 30 2025 00:49:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 520496711 | + | EDI: PRA.COM | Oct 30 2025 00:49:00 | Synchrony Bank/Old Navy, c/o Portfolio Recovery Associates, LLC, PO Box 12914, Norfolk, VA 23541-0914 |
| 520496712 | + | EDI: SYNC | Oct 30 2025 00:49:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 520496713 | + | EDI: SYNC | Oct 30 2025 00:49:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 520496718 | ^ | MEBN | Oct 29 2025 20:55:09 | University Radiology Group PC, PO Box 999, Yorktown Heights, NY 10598-0999 |
| 520496715 | | Email/Text: ebn@americollect.com | Oct 29 2025 20:58:00 | University Radiology Group PC, c/o Americollect, Inc., PO Box 1505, Manitowoc, WI 54221-1505 |
| 520496720 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 29 2025 20:58:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 520496719 | + | Email/Text: UpStart@ebn.phinsolutions.com | Oct 29 2025 20:58:00 | Upstart, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

| District/off: 0312-3 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: 148 | Total Noticed: 129 |

| 520505157 | + Email/Text: UpStart@ebn.phinsolutions.com | | |
|---|---|---|---|
| | | Oct 29 2025 20:58:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 520496721 | + EDI: VERIZONCOMB.COM | Oct 30 2025 00:49:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 520496722 | + EDI: VERIZONCOMB.COM | Oct 30 2025 00:49:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 520496724 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Oct 30 2025 01:36:40 | Wells Fargo Bank, N.A., Attn: Bankruptcy Dept., MAC# T7416-023, 4101 Wiseman Blvd., San Antonio, TX 78251-4200 |
| 520496723 | + Email/Text: ClericalSupport@tenagliahunt.com | Oct 29 2025 20:58:00 | Wells Fargo Bank, N.A., c/o Tenaglia & Hunt, PA, 395 West Passaoc Street, Suite 205, Rochelle Park, NJ 07662-3016 |

TOTAL: 101

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520496639 | *+ | Capital One, c/o Hayt, Hayt & Landau, 2 Industrial Way West, PO Box 500, Eatontown, NJ 07724-0500 |
| 520496691 | ##+ | Neuropsychology and Counseling Assoc., 1683 Route 88, Suite A, Brick, NJ 08724-3072 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2025             Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Loss Mitigation M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com |
| Robert Cameron Legg | on behalf of Joint Debtor Yvonne Herro courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| Robert Cameron Legg | on behalf of Debtor Richard S. Herro  Sr. courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |

| District/off: 0312-3 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Oct 29, 2025 | Form ID: 148 | Total Noticed: 129 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7